UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-60898-CIV-MARRA
Proceeding Ancillary to
Case No. 03-80612-CIV-MARRA

MARTY STEINBERG,
as court-appointed Receiver for
LANCER MANAGEMENT GROUP LLC,
LANCER MANAGEMENT GROUP II LLC,
LANCER OFFSHORE INC.,
OMNIFUND LTD., LSPV INC., LSPV LLC,
ALPHA OMEGA GROUP INC., and
G.H. ASSOCIATES LLC,

        Plaintiff,

vs.

A ANALYST LIMITED, et al.,

        Defendants,
_____/

## ORDER OF DISMISSAL OF BILTRUST LIMITED WITH PREJUDICE

**THIS CAUSE** came before the Court upon the Joint Stipulation of Dismissal as to Biltrust Limited With Prejudice (the "Joint Stipulation") between the Plaintiff and Biltrust Limited in the above-styled proceeding [DE 394]. The Court having reviewed the Joint Stipulation, the pertinent portions of the record, and being otherwise advised upon the premises, it is hereby

**ORDERED AND ADJUDGED** that Biltrust Limited is DISMISSED WITH PREJUDICE. The Parties shall bear their own attorneys' fees and costs.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 9th day of July, 2008.

                                            _____
                                            KENNETH A. MARRA
                                            United States District Judge

Copies furnished to:

David E. Bane, Esq.
Ronald J. Tomassi, Jr., Esq.

Attorney Bane shall serve a copy of this Order
upon all parties in interest